No. 345. Anderson v. Odisho. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles Anderson, pro se.* No appearance for respondent.

No. 385. Spruill v. Serven. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.* No appearance for respondent.

No. 393. Savarese v. New York. October 11, 1937. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob W. Friedman* for petitioner. *Messrs. William F. X. Geoghan* and *Henry J. Walsh* for respondent.

No. 74. Shaffer, Trustee, v. Superior Court et al. October 11, 1937. The motion to strike the brief of respondent is denied. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Fred E. Stivers* for petitioner. *Mr. Calvin S. Mauk* for respondents.

No. 111. Home Owners' Loan Corp. v. Central Market, Inc. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Nebraska denied as it does not appear from the record that there is a final judgment. *Messrs. Neal L. Thompson, Horace Russell,*

*E. K. Neumann,* and *Hawthorne Arey* for petitioner.   No appearance for respondent.

No. 398.   SAXE *v.* ANDERSON, COLLECTOR OF INTERNAL REVENUE.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied on the ground that the application has been made prior to judgment of the Circuit Court of Appeals.   *Mr. Thomas D. Thacher* for petitioner.   *Solicitor General Reed* for respondent.

No. 163.   BRADY *v.* TERMINAL RAILROAD ASSN.   October 11, 1937.   Petition for writ of certiorari to the Supreme Court of Missouri denied as it does not appear from the record that there is a final judgment.   *Messrs. Mark D. Eagleton* and *Merritt U. Hayden* for petitioner. *Messrs. Thomas M. Pierce* and *J. L. Howell* for respondent.
[For later order granting certiorari, see *ante,* p. 678.]

No. 226.   LAVIGNE *v.* CHICAGO, M., ST. P. & P. R. Co. October 11, 1937.   Petition for writ of certiorari to the Appellate Court, 1st District, of Illinois denied.   MR. JUSTICE BRANDEIS took no part in the consideration and decision of this application.   *Mr. Joseph D. Ryan* for petitioner.   *Messrs. Carl S. Jefferson* and *O. W. Dynes* for respondent.

No. 285.   ROLAND ET AL. *v.* ALBRIGHT ET AL.   October 11, 1937.   The motion to strike the brief of respondent in this case is denied.   Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.   *Mr. Robert*